No. 83–5088.   GILBERT v. SOUTH CAROLINA.   Ct. Common Pleas, Lexington County, S. C.;
No. 83–5092.   GLEATON v. AIKEN, WARDEN, ET AL.   Ct. Common Pleas, Lexington County, S. C.;
No. 83–5148.   HIGH v. KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.   Sup. Ct. Ga.;
No. 83–5432.   BALDWIN v. MAGGIO, WARDEN, LOUISIANA STATE PENITENTIARY.   C. A. 5th Cir.;
No. 83–5716.   CORN v. ZANT, WARDEN.   C. A. 11th Cir.;
No. 83–6090.   BERRYHILL v. FRANCIS, WARDEN.   Sup. Ct. Ga.;
No. 83–6519.   McCALL v. ARIZONA.   Sup. Ct. Ariz.; and
No. 83–6549.   SMITH v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.   Reported below: No. 83–5148, 250 Ga. 693, 300 S. E. 2d 654; No. 83–5432, 704 F. 2d 1325; No. 83–5716, 708 F. 2d 549; No. 83–6519, 139 Ariz. 147, 677 P. 2d 920; No. 83–6549, 445 So. 2d 323.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 83–5826.   JOHNSON v. McKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   Ct. Crim. App. Tex. Certiorari denied.   JUSTICE MARSHALL would grant certiorari.

No. 83–1436.   WHITE v. INTERNATIONAL TELEPHONE & TELEGRAPH CORP. ET AL., 466 U. S. 938.   Petition for rehearing denied.